Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Thomas Kovari

# UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Kovari, | Case No.: |
| Plaintiff, | **Complaint And Demand For Jury Trial** |
| v. | **(Unlawful Debt Collection Practices)** |
| Portfolio Recovery Associates, LLC, | |
| Defendant. | |

## VERIFIED COMPLAINT

Thomas Kovari (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against Portfolio Recovery Associates, LLC (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

**PARTIES**

5. Plaintiff is a natural person residing in San Tan Valley, Arizona.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

8. Defendant is a collection agency and conducts business in Arizona.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

10. Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for alleged debts.

11. Defendant called on an almost daily basis for a period of months.

12. In or around October 2010 Plaintiff sent a letter to Defendant stating the accounts were disputed, that he refused to pay the alleged debts, and that he wished for all further communications to cease immediately.

13. Despite having received Plaintiff's cease and desist letter Defendant continued to contact Plaintiff regarding the alleged debts.

14. Defendant called Plaintiff's cellular phone number (816) 679-5057 and home number 816-455-2273 as well as Plaintiff's most recent telephone number 480-264-3662.

15. In January of February 2011, Defendant contacted Plaintiff at approximately 7am in the morning to Plaintiff's cellular phone number (816) 679-5057.

16. On at least six occasions Plaintiff informed Defendant that he is not going to pay as the

debts are disputed with the underlying creditors.

17. Despite this information Defendant continued to contact Defendant on an almost daily basis.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692c(a)(1)* of the FDCPA by contacting Plaintiff at a time and place known to be inconvenient;

    b. Defendant violated *§1692c(c)* of the FDCPA by communicating with Plaintiff after having received Plaintiff's cease and desist / refusal to pay letter ; and

    c. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of this is to harass, abuse, and oppress the Plaintiff.

WHEREFORE, Plaintiff, THOMAS KOVARI, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, for the following:

19. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*;

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*; and

21. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiff, THOMAS KOVARI, demands a jury trial in this cause of action.

1
2                                    RESPECTFULLY SUBMITTED,
3   DATED:  June 28, 2011             KROHN & MOSS, LTD.
4
                                By: /s/ Ryan Lee
5                                    Ryan Lee
6                                    Attorney for Plaintiff
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

VERIFIED COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, THOMAS KOVARI, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, THOMAS KOVARI, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 06-24-2011     _/s/ Thomas Kovari_
                    THOMAS KOVARI

- 5 -

VERIFIED COMPLAINT