Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Thomas Kovari

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas Kovari, | ) **Case No.:** 2:11-cv-01276-GMS |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| v. | ) |
| | ) |
| Portfolio Recovery Associates, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOW COMES the Plaintiff, Thomas Kovari, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

Dated: August 19, 2011          KROHN & MOSS, LTD.


By: /s/ Ryan Lee

          Ryan Lee
          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2011, I served a copy of this document via

ELECTRONIC MAIL upon the following:

Adrienne Rowberry
Litigation Counsel
Office of General Counsel
140 Corporate Boulevard
Norfolk, VA  23502
Ph: (757) 481-8371
Fax: (757) 321-2518
E-mail: arowberry@portfoliorecovery.com

By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff

- 2 -