Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Thomas Kovari

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Thomas Kovari, | **Case No.:** 2:11-cv-01276-GMS |
| Plaintiff, | |
| v. | **VOLUNTARY DISMISSAL** |
| Portfolio Recovery Associates, LLC, | |
| Defendant. | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Thomas Kovari, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: September 9, 2011                                    KROHN & MOSS, LTD.


                                                                    By:/s/ Ryan Lee
                                                                         Ryan Lee
                                                                         Attorneys for Plaintiff
                                                                         Thomas Kovari

- 2 -

## **CERTIFICATE OF SERVICE**

I, Ryan Lee, hereby certify that on September 9, 2011, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, and sent notification of such filing to the following via US Mail:

Adrienne Rowberry
Litigation Counsel
Office of General Counsel
140 Corporate Boulevard
Norfolk, VA 23502
Ph: (757) 481-8371
Fax: (757) 321-2518
E-mail: arowberry@portfoliorecovery.com

By: _/s/ Ryan Lee_____
     Ryan Lee

- 2 -

VOLUNTARY DISMISSAL